1  JORDAN ETH (Bar No. 121617)
   JEth@mofo.com
2  ANNA ERICKSON WHITE (Bar No. 161385)
   AWhite@mofo.com
3  PHILIP BESIROF (Bar No. 185053)
   PBesirof@mofo.com
4  RYAN M. KEATS (Bar No. 296463)
   RKeats@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendants
   FITBIT INC., JAMES PARK, WILLIAM R. ZERELLA,
9  ERIC N. FRIEDMAN, JONATHAN D. CALLAGHAN,
   STEVEN MURRAY, and CHRISTOPHER PAISLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES BLACKBURN, derivatively on behalf of FITBIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES PARK, WILLIAM R. ZERELLA, ERIC N. FRIEDMAN, JONATHAN D. CALLAGHAN, STEVEN MURRAY, and CHRISTOPHER PAISLEY,<br><br>Defendants,<br><br>and<br><br>FITBIT, INC.,<br><br>Nominal Defendant. | Case No. 3:16-cv-06558-SI<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING RESOLUTION OF FEDERAL SECURITIES CLASS ACTION**<br><br>Compl. Filed: Nov. 11, 2016<br>Judge: Honorable Susan Illston<br>Ctrm: 1 – 17th Floor |

Nominal Defendant Fitbit, Inc. ("Fitbit"), defendants James Park, William R. Zerella, Eric N. Friedman, Jonathan D. Callaghan, Steven Murray, Christopher Paisley (together with Fitbit, "Defendants"), and Plaintiff Charles Blackburn ("Plaintiff" and together with Defendants, the "Parties"), by and through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order to stay this shareholder derivative action (the "Derivative Litigation") in light of the following:

WHEREAS, on November 11, 2016, Plaintiff filed his Verified Shareholder Derivative Complaint for Breach of Fiduciary Duties, Unjust Enrichment and Violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Derivative Complaint");

WHEREAS, the Court scheduled an initial case management conference in the Derivative Litigation for February 17, 2017;

WHEREAS, Defendants have accepted service of the Derivative Complaint with a full reservation of rights;

WHEREAS, Defendants have not yet filed a responsive pleading in the Derivative Litigation;

WHEREAS, the Derivative Complaint asserts claims against Defendants, each of whom is named as a defendant in an earlier-filed securities class action captioned *Robb v. Fitbit, Inc., et al.*, Case No. 3:16-cv-00151 (the "Federal Securities Class Action"), which is currently pending before the Court;

WHEREAS, on October 26, 2016, the Court denied defendants' motions to dismiss the Federal Securities Class Action;

WHEREAS, in light of the similarities among the allegations in the Derivative Litigation and the allegations in the Federal Securities Class Action, the Parties have reached an agreement that, to conserve party and judicial resources, all proceedings and deadlines in the Derivative Litigation shall be stayed pending resolution of the Federal Securities Class Action, whether by dismissal with prejudice or entry of final judgment.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. All proceedings shall be stayed, including the initial case management conference,

STIP & [PROP.] ORDER STAYING ACTION PENDING RESOLUTION OF FEDERAL SECURITIES CLASS ACTION
CASE NO. 3:16-CV-06558-SI
sf-3723483

1

1 and all deadlines deferred, pending resolution of the Federal Securities Class Action, whether by dismissal with prejudice or entry of final judgment.

2. The Parties shall jointly file a status update in the Derivative Litigation 180 days from entry of this Order, and every 180 days thereafter until the stay is lifted or the Federal Securities Class Action is resolved.

3. Any Party may cause the stay to be lifted upon 30 days' written notice, after which point the Parties will meet and confer about the timing of dispositive motions and file a joint stipulation proposing deadlines for those motions or, if the Parties are unable to reach agreement, setting forth their respective positions on timing.

4. Notwithstanding the stipulated stay, Plaintiff shall be permitted to file an amended complaint while the stay remains in place. Defendants shall be under no obligation to respond to any complaint while the stay is in effect.

5. The Parties shall meet and confer within 30 days of the resolution of the Federal Securities Class Action regarding next steps in the Derivative Litigation and submit a joint status report to the Court thereafter.

6. By entering into this Stipulation, the Parties agree that their rights shall not be prejudiced in any way and Defendants do not waive and expressly reserve the right to assert any defenses that they or any of them may have, including but not limited to defenses as to forum, venue, or jurisdiction.

**IT IS SO STIPULATED.**

STIP & [PROP.] ORDER STAYING ACTION PENDING RESOLUTION OF FEDERAL SECURITIES CLASS ACTION
CASE NO. 3:16-CV-06558-SI
sf-3723483

2

| | | |
|---|---|---|
| 1 | Dated: January 4, 2017 | BRODSKY & SMITH, LLC<br>EVAN J. SMITH (SBN 242352)<br>RYAN P. CARDONA (SBN 302113) |
| 2 | | |
| 3 | | |
| 4 | | _/s/ Evan J. Smith_<br>Evan J. Smith |
| 5 | | 9595 Wilshire Blvd.<br>Beverly Hills, CA 90212 |
| 6 | | Telephone: (877) 534-2490<br>Facsimile: (310) 247-0160 |
| 7 | | |
| 8 | | PROFY PROMISLOFF & CIARLANTO, P.C.<br>JOSEPH M. PROFY<br>DAVID M. PROMISLOFF |
| 9 | | JEFFREY J. CIARLANTO<br>100 N. 22nd Street, Unit 105 |
| 10 | | Philadelphia, PA 19103<br>Telephone: (215) 259-5156 |
| 11 | | Facsimile: (215) 600-2642 |
| 12 | | LAW OFFICE OF ALFRED G. YATES, JR.,<br>P.C. |
| 13 | | ALFRED G. YATES, JR.<br>GERALD L. RUTLEDGE |
| 14 | | 519 Allegheny Building<br>429 Forbes Avenue |
| 15 | | Pittsburgh, PA 15219<br>Phone: (412) 391-5164 |
| 16 | | Fax: (412) 471-1033 |
| 17 | | Attorneys for Plaintiff |
| 18 | | |
| 19 | Dated: January 4, 2017 | MORRISON & FOERSTER LLP<br>JORDAN ETH<br>ANNA ERICKSON WHITE |
| 20 | | PHILIP BESIROF<br>RYAN M. KEATS |
| 21 | | |
| 22 | | _/s/ Philip Besirof_<br>PHILIP BESIROF |
| 23 | | |
| 24 | | Attorneys for Defendants |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIP & [PROP.] ORDER STAYING ACTION PENDING RESOLUTION OF FEDERAL SECURITIES CLASS ACTION
CASE NO. 3:16-CV-06558-SI
sf-3723483

3

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having reviewed the Parties' Stipulation and for good cause shown, the Court hereby |
| 3 | orders that: |
| 4 | 1. All proceedings shall be stayed, including the initial case management conference, |
| 5 | and all deadlines deferred, pending resolution of the Federal Securities Class Action, whether by |
| 6 | dismissal with prejudice or entry of final judgment. |
| 7 | 2. The Parties shall jointly file a status update in the Derivative Litigation 180 days |
| 8 | from entry of this Order, and every 180 days thereafter until the stay is lifted or the Federal |
| 9 | Securities Class Action is resolved. |
| 10 | 3. Either Party may cause the stay to be lifted upon 30 days' written notice, after |
| 11 | which point the Parties will meet and confer about the timing of dispositive motions and file a |
| 12 | joint stipulation proposing deadlines for those motions or, if the Parties are unable to reach |
| 13 | agreement, setting forth their respective positions on timing. |
| 14 | 4. Notwithstanding the stipulated stay, Plaintiff shall be permitted to file an amended |
| 15 | complaint while the stay remains in place. Defendants shall be under no obligation to respond to |
| 16 | any complaint while the stay is in effect. |
| 17 | 5. The Parties shall meet and confer within 30 days of the resolution of the Federal |
| 18 | Securities Class Action regarding next steps in the Derivative Litigation and submit a joint status |
| 19 | report to the Court thereafter. |
| 20 | 6. By entering into this Stipulation, the Parties' rights shall not be prejudiced in any |
| 21 | way and Defendants do not waive and expressly reserve the right to assert any defenses that they |
| 22 | or any of them may have, including but not limited to defenses as to forum, venue, or jurisdiction. |
| 23 | |
| 24 | **IT IS SO ORDERED.** |
| 25 | |
| 26 | Dated: _____     _____ |
| 27 | The Honorable Susan Illston |
|   | United States District Judge |
| 28 | |

STIP & [PROP.] ORDER STAYING ACTION PENDING RESOLUTION OF FEDERAL SECURITIES CLASS ACTION
CASE NO. 3:16-CV-06558-SI
sf-3723483

4

**ATTESTATION**

I, Philip Besirof, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING RESOLUTION OF FEDERAL SECURITIES CLASS ACTION**. In compliance with Civil L.R. 5-1, I hereby attest that Evan J. Smith concurred in this filing.

/s/ *Philip Besirof*

STIP & [PROP.] ORDER STAYING ACTION PENDING RESOLUTION OF FEDERAL SECURITIES CLASS ACTION
CASE NO. 3:16-CV-06558-SI
sf-3723483

5